NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE WHIDDEN,                         )
                                        )
         Appellant,                     )
                                        )
v.                                      )       Case No. 2D18-4012
                                        )
STATE OF FLORIDA,                       )
                                        )
         Appellee.                      )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Wayne M. Durden,
Judge.


PER CURIAM.


         Affirmed.  See Reeves v. State, 957 So. 2d 625 (Fla. 2007); Chapman v.

State, 968 So. 2d 583 (Fla. 2d DCA 2007).



CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.